# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Judge Christine M. Arguello

Criminal Case No. 12-cr-00038-CMA-10

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PEDRO SANCHEZ,

    Defendant.

## ORDER

PURSUANT to and in accordance with the Sentencing Hearing held before the Honorable Christine M. Arguello, United States District Judge, on February 2, 2016, it is hereby

ORDERED that Defendant Pedro Sanchez is sentenced to **TIME SERVED.**

DATED: February 2, 2016

                BY THE COURT:

                _____
                CHRISTIME M. ARGUELLO
                United States District Judge